**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **MALIBU MEDIA, LLC,** | * | |
| **Plaintiff,** | * | CASE NO. 8:16-cv-03379-TDC |
| **v.** | * | |
| **JOHN DOE subscriber assigned IP address 108.56.74.236,** | * | |
| | * | |
| **Defendant.** | | |
| | * | |

**PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL**
**WITH PREJUDICE OF JOHN DOE**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant") through his counsel. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action with prejudice. John Doe was assigned the IP Address 108.56.74.236. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: December 7, 2016

    Respectfully submitted,

    MALIBU MEDIA, LLC.
    PLAINTIFF

    By:  /s/ *Jon A. Hoppe*
    Jon A. Hoppe, Esquire #6479
    Counsel
    Maddox, Hoppe, Hoofnagle & Hafey, L.L.C.
    1401 Mercantile Lane #105

                                                Largo, Maryland 20774
                                                (301) 341-2580

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 7, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                        By: _/s/ *Jon A. Hoppe* _____
                                        Jon A. Hoppe, Esq.